THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* AMARIAH H. BRADNER, Appellant.

(Argued February 3, 1888; decided February 28, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 21, 1887, which affirmed a judgment of the

Court of Oyer and Terminer of Ontario county, convicting the defendant of the crime of grand larceny.

*Joseph W. Taylor* for appellant.

*George W. Daggett* for respondent.

Agree to affirm on opinion of BRADLEY, J., in the court below.. All concur.

Judgment affirmed.